# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 C 502

TRUSTEES OF THE SOFT DRINK INDUSTRY -
LOCAL UNION NO. 744 PENSION FUND, Plaintiff,
    v.
ROYAL CROWN BOTTLING COMPANY OF CHICAGO,
a Delaware Corporation,                    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, TRUSTEES OF THE SOFT DRINK INDUSTRY -
LOCAL UNION NO. 744 PENSION FUND.

| | |
|---|---|
| NAME (Type or print) <br> Barry G. Collins | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Barry G. Collins | |
| FIRM <br> Asher, Gittler, Greenfield & D'Alba, Ltd. | |
| STREET ADDRESS <br> 200 W. Jackson Blvd., Suite 1900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 03126979 | TELEPHONE NUMBER <br> 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |