# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOFT DRINK INDUSTRY - LOCAL UNION NO. 744 PENSION FUND, </br></br>Plaintiff, </br></br>v. </br></br>ROYAL CROWN BOTTLING COMPANY OF CHICAGO, a Delaware Corporation, </br></br>Defendant. | Case No. 08 C 502 </br></br>Judge Leinenweber </br></br>Magistrate Judge Nolan |

## ROYAL CROWN'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT

Defendant, ROYAL CROWN BOTTLING COMPANY OF CHICAGO, by and through its attorneys, Seyfarth Shaw LLP, moves this Court to dismiss Count II[1] of Plaintiff's Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendant Royal Crown Bottling Company of Chicago respectfully requests that this Honorable Court dismiss Count II of Plaintiff's Complaint with prejudice.

---

[1] Royal Crown simultaneously has filed an Answer and Affirmative Defenses in response to Count I of the Complaint.

CH1 11435824.1

**DATED: March 24, 2008**               Respectfully submitted,

                                                   ROYAL CROWN BOTTLING
                                                   COMPANY OF CHICAGO


By:  /s/      Colin M. Connor
           One of Its Attorneys

Joel H. Kaplan
Marc. R. Jacobs
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

2

CH1 11435824.1

**CERTIFICATE OF SERVICE**

I, Colin M. Connor, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing ROYAL CROWN'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT to be served upon the following counsel of record on March 24, 2008 through the Court's electronic filing system:

> Librado Arreola
> Barry G. Collins
> Asher, Gittler, Greenfield & D'Alba, Ltd.
> 200 W. Jackson Blvd., Suite 1900
> Chicago, Illinois 60606

/s/   Colin M. Connor

CH1 11435824.1