IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOFT DRINK INDUSTRY - LOCAL UNION NO. 744 PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> ROYAL CROWN BOTTLING COMPANY OF CHICAGO, a Delaware Corporation, <br><br> Defendant. | Case No. 08 C 502 <br><br> Judge Leinenweber <br><br> Magistrate Judge Nolan |

### NOTICE OF MOTION

TO:   Librado Arreola
       Barry G. Collins
       Asher, Gittler, Greenfield & D'Alba, Ltd.
       200 W. Jackson Blvd., Suite 1900
       Chicago, Illinois 60606

PLEASE TAKE NOTICE, that on Tuesday, April 1, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Harry D. Leinenweber in Room 1941 at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached *Motion to Dismiss Count II of Plaintiff's Complaint*, a copy of which is attached and hereby served upon you.

**DATED: March 24, 2008**

Respectfully submitted,

ROYAL CROWN BOTTLING
COMPANY OF CHICAGO

By: /s/ Colin M. Connor
      One of its Attorneys

Joel H. Kaplan
Marc. R. Jacobs
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11442719.1

**CERTIFICATE OF SERVICE**

I, Colin Connor, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following on this 24th day of March, 2008:

> Librado Arreola
> Barry G. Collins
> Asher, Gittler, Greenfield & D'Alba, Ltd.
> 200 W. Jackson Blvd., Suite 1900
> Chicago, Illinois 60606

/s/      Colin M. Connor

CH1 11442719.1