UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOFT DRINK INDUSTRY - LOCAL UNION NO. 744 PENSION FUND,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ROYAL CROWN BOTTLING COMPANY OF  )<br>CHICAGO, a Delaware Corporation  )<br>)<br>Defendants.  ) | Case No. 08 c 502<br>Judge Leinenweber<br>Magistrate Judge Nolan |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this 22nd day of April 2008, the undersigned has electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, the attached *Plaintiff's Response to Defendant's Motion to Dismiss Count II of Complaint.*

By:   /s/ Librado Arreola
Librado Arreola

Librado Arreola
la@ulaw.com
IL ARDC # 6203323
ASHER, GITTLER, GREENFIELD
 & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
(312) 263-1500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Filing* and *'s Response to Defendant's Motion to Dismiss Count II of Complaint* were served pursuant to ECF as to filing users and according to Local Rule 5.5 as to any party who is not a filing user or represented by a filing user, on this 22nd day of April 2008.

                                                      /s/ Librado Arreola
                                                      Librado Arreola