UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees of the Soft Drink Industry−Local Union No. 744 Pension Fund
   Plaintiff,

v.   Case No.: 1:08−cv−00502
   Honorable Harry D. Leinenweber

Royal Crown Bottling Company of Chicago
   Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

MINUTE entry before Judge Honorable Harry D. Leinenweber: Ruling date on defendant's motion to dismiss is reset for 6/26/2008 at 09:00 AM.)Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.