IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SOFT DRINK INDUSTRY - LOCAL UNION NO. 744 PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL CROWN BOTTLING COMPANY OF CHICAGO, a Delaware Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Case No. 08 C 502<br>)<br>) Judge Leinenweber<br>)<br>) Magistrate Judge Nolan<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:  Librado Arreola
Barry G. Collins
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 1900
Chicago, Illinois 60606

PLEASE TAKE NOTICE, that on Tuesday, August 26, 2008 at 9:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Harry D. Leinenweber in Room 1941 at 219 S. Dearborn, Chicago, Illinois, and then and there present the attached *Motion to Take Limited Discovery*, a copy of which is attached and hereby served upon you.

**DATED: August 21, 2008**

Respectfully submitted,

ROYAL CROWN BOTTLING
COMPANY OF CHICAGO

By: /s/   Colin M. Connor
       One of its Attorneys

Joel H. Kaplan
Marc. R. Jacobs
Colin M. Connor
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**CERTIFICATE OF SERVICE**

      I, Colin Connor, an attorney, do hereby certify that I have caused a true and correct copy of the foregoing *Notice of Motion* to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following on this 21st day of August, 2008:

>Librado Arreola
>Barry G. Collins
>Asher, Gittler, Greenfield & D'Alba, Ltd.
>200 W. Jackson Blvd., Suite 1900
>Chicago, Illinois 60606

                              /s/     Colin M. Connor

CH1 11544746.1