## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Trustees of the Soft Drink Industry–Local Union No. 744 Pension Fund

                Plaintiff,

v.                                         Case No.: 1:08−cv−00502

                                                            Honorable Harry D. Leinenweber

Royal Crown Bottling Company of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber:Defendant's Motion for discovery [26] is granted. Responses to the motion for summary jdugment to be filed by 11/24/2008. Replies due by 12/1/2008. The court will rule orally on 1/7/2009 at 09:00 AM. )Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.